No. 1005, Misc.   HODGE v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Clement Theodore Cooper* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1064, Misc.   SALDIVAR v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1080, Misc.   SUMPTER v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Rudolph Lion Zalowitz* and *Frederic A. Johnson* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 1168, Misc.   THOMPSON v. GRAY ET AL.   C. A. 3d Cir.   Certiorari denied.   *Arlen Specter* for petitioner.

No. 1194, Misc.   HUJAR v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 1199, Misc.   BOULDIN v. WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.

No. 1240, Misc.   RAMBERT v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 1253, Misc.   MASON v. NEW YORK.   Appellate Division, Supreme Court of New York, Second Judicial Department.   Certiorari denied.